UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SNYDER,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>        Defendant. | Case No. 15-cv-03049-JSC<br><br>**ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE AND REFERRING ACTION TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Upon review of the parties' Joint Case Management Conference Statement (Dkt. No. 60), the further case management conference scheduled for July 28, 2016 is VACATED. All other pretrial and trial dates remain in place. This case is referred to a randomly-assigned magistrate judge for a settlement conference to occur within the next 90 days or as soon thereafter as is convenient to the magistrate judge.

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge